FILED

01/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0377

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0377

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

BRANDON ANTHONY PERESSINI,

     Defendant and Appellant.

O R D E R

_____

Appellant Brandon Anthony Peressini, via counsel, appeals the May 20, 2022 Sentence, Order to Close File, and Order Exonerating Bond of the Eighth Judicial District Court, Cascade County, in that court's Cause No. ADC-21-113.

The State has filed a Notice of Concession. It concedes the District Court erred in denying Peressini's motion to suppress and that, under the particular facts and circumstances of this case, Peressini's conviction for possession of dangerous drugs should be vacated. The State asks this Court to remand this matter to the District Court for the purpose of vacating Peressini's conviction and sentence.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that this matter is REMANDED with instructions for the District Court to VACATE Peressini's conviction for Criminal Possession of Dangerous Drugs, a felony, and to VACATE the accompanying sentence and judgment in conformance with this Order.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2024